FILED
07 OCT 19 PM 3:33
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: [signature] DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

July 2007 Grand Jury '07 CR 2919 IEG

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | ) | Criminal Case No. ___________ |
| v. | ) | I N D I C T M E N T |
| RAFAEL LUNA, Defendant. | ) | Title 21, U.S.C., Secs. 952 and 960 - Importation of Methamphetamine; Title 21, U.S.C., Sec. 841(a)(1) - Possession of Methamphetamine with Intent to Distribute |

The grand jury charges:

Count 1

On or about October 16, 2007, within the Southern District of California, defendant RAFAEL LUNA did knowingly and intentionally import 50 grams and more of a mixture and substance containing a detectable amount, to wit: approximately 38.70 kilograms (85.14 pounds) of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

//

//

//

DDL:fer:San Diego
10/19/07

Count 2

On or about October 16, 2007, within the Southern District of California, defendant RAFAEL LUNA did knowingly and intentionally possess, with intent to distribute, 50 grams and more of a mixture and substance containing a detectable amount, to wit: approximately 38.70 kilograms (85.14 pounds) of methamphetamine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

DATED: October 19, 2007.

A TRUE BILL:

Foreperson

KAREN P. HEWITT
United States Attorney

By:
DAVID D. LESHNER
Assistant U.S. Attorney