**KRIS J. KRAUS**
California State Bar No. 233699
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
Kris_Kraus@fd.org

Attorneys for Mr. Rafael Luna

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE IRMA E. GONZALEZ)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAFAEL LUNA,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 07CR2919-IEG<br><br>DATE: December 17, 2007<br>TIME: 2:00 p.m.<br><br><u>NOTICE OF MOTIONS AND MOTIONS TO:</u><br><br>(1) COMPEL DISCOVERY;<br>(2) PRESERVE EVIDENCE; AND<br>(3) GRANT LEAVE TO FILE FURTHER MOTIONS. |

TO: KAREN P. HEWITT, UNITED STATES ATTORNEY, AND
EUGENE LITVINOFF, ASSISTANT UNITED STATES ATTORNEY:

PLEASE TAKE NOTICE that on December 17, 2007, at 2:00 p.m., or as soon thereafter as counsel may be heard, defendant, Rafael Luna, by and through his attorneys, Kris J. Kraus, and Federal Defenders of San Diego, Inc., will ask this Court to enter an order granting the following motions.

//

//

//

//

//

//

//

**MOTIONS**

Defendant, Rafael Luna, by and through his attorneys, Kris J. Kraus, and Federal Defenders of San Diego, Inc., asks this Court pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law, and local rules for an order to:

(1) Compel Discovery;

(2) Preserve Evidence; and

(3) Grant Leave to File Further Motions.

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, the files and records in the above-captioned matter, and any and all other materials that may come to this Court's attention prior to or during the hearing of these motions.

Respectfully submitted,

Dated: November 29, 2007

/s/ Kris J. Kraus

**KRIS J. KRAUS**
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Luna
Kris_Kraus@fd.org

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served this day upon:

Eugene Litvinoff
Office of the United States Attorney
880 Front Street
Room 6293
San Diego, CA 92101
(619)557-5610
Fax: (619)235-2757
Email: eugene.litvinoff@usdoj.gov

Dated: November 29, 2007

/s/ Kris J. Kraus
KRIS J. KRAUS
Federal Defenders
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467 (tel)
(619) 687-2666 (fax)
e-mail: kris_kraus@fd.org