**Christian De Olivas**
CalBarNo. 249608
De Olivas Law Firm, APLC
200 N. Bradford Ave., Suite L
Placentia, CA 92870
Telephone: (714) 646-3314
Facsimile: (714) 646-3721

FILED
NOV 17 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
Plaintiff,
vs.
Rafael Luna,
Defendant

Case No: **3:07-cr-02919-IEG-1**

**SUBSTITUTION OF ATTORNEY**

Rafael Luna hereby substitutes attorney CHRISTIAN DE OLIVAS, from the DE OLIVAS LAW FIRM, APLC, located at 200 N. Bradford Avenue, Suite L, Placentia, CA 92870, with telephone number, (714) 646-3314, as attorney of record in place and stead of attorney, Kristin Joseph Kraus.

DATED: X 12/16/07 X [signature]
DEFENDANT
Rafael Luna

I consent to the above substitution.

DATED: 12/17/07 [signature] Kris J. Kraus, esq.
PRESENT ATTORNEY

//

I am duly admitted to practice in this district.

I accept the above substitution.

DATED: 12-14-07 [signature]

NEW ATTORNEY

Please check one: X RETAINED, or ________ APPOINTED BY THE COURT.

DATED: 12/17/07

APPROVED: [signature]

UNITED STATES DISTRICT COURT

~~MAGISTRATE~~