# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, Plaintiff,

vs.

Rafael Luna, Defendant

**Case No: 307-CR-02919-IEG-1**

**NOTICE OF SERVICE FOR APPEAL OF AMENDED CONDITIONS OF RELEASE**

I hereby certify that a true and accurate copy of the foregoing motion and order were served upon Assistant U.S. Attorney, EUGENE S LITVINOFF, by Fax, ***(619) 235-2757*** and Email, ***eugene.litvinoff2@usdoj.gov***, on this **January 2, 2008**.

/s/ CHRISTIAN DE OLIVAS

ATTORNEY FOR THE DEFENDANT

DE OLIVAS LAW FIRM
200 N Bradford Ave., Suite L
Placentia, CA 92870
(714) 646-3314 (tel)
(714) 646-3721 (fax)