# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA
# (HONORABLE IRMA E. GONZALEZ)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>Rafael Luna,<br>Defendant | **Case No: 307-CR-02919-IEG-1**<br><br>**ORDER FOR AMENDED CONDITIONS OF RELEASE** |

This matter, having come before this Court, on MR. LUNA's motion to revise the conditions of his release, and for good cause shown, it is hereby ORDERED that:

1. The release order previously entered in this case on October 30, 2007 is revised and the requirement that MR. LUNA execute a personal appearance bond in the amount of $ 900,000 is amended, requiring MR. LUNA to execute a personal appearance bond in the amount of $ ____________________ instead, secured by a trust deed to the United States on real estate approved by this Court.

2. MR. LUNA is released on this bond subject to such special conditions as set forth on the accompanying release order.

DATED____________________ ________________________________

HONORABLE IRMA E. GONZALEZ
UNITED STATES FEDERAL JUDGE