# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>RAFAEL LUNA,<br>Defendant. | CASE NO. 07CR2919-IEG<br><br>ORDER REGARDING RESETTING OF TRIAL DATE |

The Court, having received a motion to reset the trial date in the above-entitled case, filed by attorney Christian De Olivas, counsel for defendant Rafael Luna, and it appearing that the government may have an objection and the Court may have a conflict on the proposed new trial date,

**IT IS ORDERED**, that attorney Christian De Olivas shall appear on Tuesday, February 19, 2008, at 2:00 p.m., in Courtroom 1, to discuss the status of this case.

**IT IS SO ORDERED.**

**DATED: February 13, 2008**

Irma E. Gonzalez

**IRMA E. GONZALEZ, Chief Judge**
**United States District Court**