Christian De Olivas
CalBarNo. 249608
De Olivas Law Firm, APLC
200 N Bradford Ave, Ste L
Placentia, CA 92870
Telephone: (714) 646-3314
Facsimile: (714) 646-3721
Email: christian@deolivaslaw.com

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

**(HONORABLE IRMA E. GONZALEZ)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>RAFAEL LUNA<br>Defendant | **CASE**: 307-CR-02919-IEG-1<br>**DATE**: 02/19/08<br>**TIME**: 2:00 PM<br>**NOTICE OF MOTION; MOTION TO RESET TRIAL DATE** |

## NOTICE OF MOTION

**TO**: THE UNITED STATES ATTORNEY

**PLEASE TAKE NOTICE** that on the above-referenced date, Defendant, RAFAEL LUNA, by and through his counsel, CHRISTIAN DE OLIVAS, attorney of record will move this Court to grant the above-entitled motion, pursuant to Federal Rules of Criminal Procedure Evidence 7(f), 12, 14, and 16, and the Fourth,

Fifth and Sixth Amendments to the United States Constitution, hereby moves this Court to grant the above-stated motion.

**DATED**: 02/13/08 **SIGNED**: */s/ Christian De Olivas*

CHRISTIAN DE OLIVAS

ATTORNEY FOR DEFENDANT
RAFAEL LUNA

# MOTION

NOW COMES the Defendant, RAFAEL LUNA, through his attorney, and respectfully moves this Honorable Court for a **60-day plus** continuance of the trial date in the instant case, up to and including **April 28, 2008**, in order to insure the Defendant his Sixth Amendment rights to the effective assistance of counsel and to confront the evidence against him, and his Fifth Amendment right to due process of law and a fair trial.

Further, the Defendant, RAFAEL LUNA, agree that the period of time reflected in this continuance is excludable pursuant to 18 USCA §3161(h)(8) from the time period within which trial must commence as set forth in 18 USCA §3161(c)(1).

In support thereof, counsel respectfully shows to the Court the following:

1. On October 18, 2007, the Defendant was arraigned, at which time Kristin Joseph Kraus from Federal Defenders Inc., was appointed to represent him.

2. On or about December 17, 2007, (approximately 2 months after arraignment), the undersigned counsel assumed responsibility for the representation of the Defendant.

3. Since the undersigned attorney assumed responsibility for Defendant RAFAEL LUNA's representation, the vast majority of his time has been devoted to attempting to learn the multi-month pretrial history of the instant case and trying

to locate witnesses in Tijuana, Baja California, Mexico, in order to prepare for the litigation of the pretrial motions filed in this case.

4. Moreover, the undersigned counsel had other caseload responsibilities within the Southern District of California since the time that he assumed responsibility for the representation of Mr. RAFAEL LUNA, including one trial coming up in the month of February, the case number for which number is 07-cr-02042-L-1, and set to begin on, February 19 (motions in limine) and February 23, 2008 (trial), respectively.

6. To compound the impossibility of effective preparation by counsel for the scheduled trial of February 26, 2008, counsel received on the afternoon of December 21, 2007, pursuant to Order of this Honorable Court, what he conservatively estimates to be 200 pages which must be read, digested, indexed, discussed with the Defendant, collated with the documents in this case and investigated.

7. These materials referred to herein includes only testimony, and none of the several of pages of "work papers" upon which the Government's expert witnesses will be basing their opinions in this case (if at all).

8. Counsel read, underlined and made extremely sketchy notes on 50 pages of these materials the night after he received the material, and this reading

consumed three hours. Utilizing simple arithmetic, this means that to do nothing more than read, underline and make sketchy notes on the 200 pages of these material will take approximately 12 hours. Put another way, if counsel does absolutely nothing but devote himself to this task for 8 full hours a day, it will take approximately 1 1/2 working-days to complete.

9. Finally, without the additional time sought herein, the Defendant, RAFAEL LUNA, most respectfully contends that his rights to confront the evidence against him and to obtain a fair trial will be seriously jeopardized, and his right to the effective assistance of counsel will be utterly destroyed.

10. The Defendant respectfully requests the Court to set a status date, **if necessary**, to allow Defendant and his counsel to make a decision.

WHEREFORE, the Defendant respectfully prays that his motion be granted.

Respectfully Submitted,

**DATED**: February/13/08 **SIGNED**: /s/ *Christian De Olivas*

CHRISTIAN DE OLIVAS

ATTORNEY FOR DEFENDANT
RAFAEL LUNA

## CERTIFICATE OF SERVICE

**IT IS HEREBY CERTIFIED THAT**:

1. I, CHRISTIAN DE OLIVAS, am a citizen of the United States and am at least eighteen years of age. My business address is 200 N. Bradford Ave., Ste L, Placentia, California 92870.
2. I am not a party to the above-entitled action. I have caused service of the following documents: **Notice of Motion; Motion to Reset Trial Date** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them:
    a. Mr. **Eugune S. Litvinoff** Assistant United States' Attorney
3. I declare under penalty of perjury that the foregoing is true and correct. Executed on February 13, 2008

**DATED**: February 13, 2008 **SIGNED**: /s/ *Christian De Olivas*

CHRISTIAN DE OLIVAS

ATTORNEY FOR DEFENDANT
RAFAEL LUNA