KAREN P. HEWITT
United States Attorney
Davene L. Finnel
Special Assistant U.S. Attorney
Indiana State Bar No. 19793-49
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-6775/(619) 235-2757 (Fax)
Email: davene.finnel@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAFAEL LUNA ,<br><br>Defendant. | Criminal Case No. 07-CR-2919-IEG<br><br>NOTICE OF APPEARANCE |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my appearance as co- counsel in the above-captioned case.

I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive all Notices of Electronic Filings relating to activity in this case:

| Name | Cal. Bar No. | Telephone No. | Email Address |
|---|---|---|---|
| Eugene S. Litvinoff | | | |

Effective this date, the following attorneys are no longer associated with this case and should not receive any further Notices of Electronic Filings relating to activity in this case:

| Name | Cal. Bar No. | Telephone No. | Email Address |
|---|---|---|---|

Please call me if you have any questions about this notice.

DATED: February14, 2008

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

s/*Davene L. Finnel*
Davene L. Finnel
Special Assistant United States Attorney
Attorneys for Plaintiff
United States of America
Email: davene.finnel@usdoj.gov

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>RAFAEL LUNA ,<br>Defendant. | ) | Case No. 07-CR-2919-IEG<br><br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED THAT:

I, Davene L. Finnel, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of the Notice of Appearance on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

**Christian De Olivas**
De Olivas Law Firm, APLC
200 N. Bradford Avenue, Suite L
Placentia, CA 92870
(714) 646-3314
(714)646-3721
Email: christian@deolivaslaw.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 14, 2008.

s/ Davene L. Finnel
Davene L. Finnel